**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

NORTHERN VIRGINIA CITIZENS
ASSOCIATION, INC.,

      *Plaintiff,*

  v.

THE FEDERAL HIGHWAY          Case No. 1:23-cv-000356-LBM-IDD
ADMINISTRATION, *et al.,*

      *Defendants.*

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION**
**FOR PRELIMINARY INJUNCTION**

  This Matter comes before the Court on Plaintiff's Motion for Preliminary Injunction.

For good cause shown, Plaintiff's Motion is hereby granted, and Defendants are enjoined

from continuing work on the I-495 Northern Extension Project until environmental review and

analysis is conducted on changes to the Project that have been made since FHWA's Finding of

No Significant Impact on June 29, 2021.

  This Order will remain in effect until modified or vacated by this Court.

  SO ORDERED this _____ day of _____, 2023.


       _____

       Leonie Brinkema
       United States District Judge